GERALDINE KAPROW, Appellant, v. BENJAMIN JACOBY et al., Respondents.—

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.